## United States District Court for the Northern District of Illinois

Case Number: 08CV3701                    Assigned/Issued By: DAJ

Judge Name: SHADUR                       Designated Magistrate Judge: BROWN

### FEE INFORMATION

*Amount Due:*   [✓] $350.00      [ ] $39.00       [ ] $5.00

                [ ] IFP          [ ] No Fee       [ ] Other _____

                [ ] $455.00

Number of Service Copies _____       Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00                       Receipt #: 2894350

Date Payment Rec'd: 06/27/08              Fiscal Clerk: DAJ

### ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   _____
                                         _____
[ ] Citation to Discover Assets          (Victim, Against and $ Amount)

[ ] Writ _____
        (Type of Writ)

__3__ Original and __0__ copies on __06/27/08__ as to CITY OF CHICAGO,
                                   (Date)
LAGUNAS,CHINCILLA
_____

C:\wpwin80\docket\feeinfo.frm     03/14/05