IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EARL SANDERS,<br><br>    Plaintiff,<br><br>    v.<br><br>THE CITY OF CHICAGO, et al.,<br><br>    Defendants. | No.  08 CV 03701<br><br>Judge Shadur<br>Magistrate Judge Brown |

## NOTICE OF PRESENTMENT OF MOTION

To:    Kenneth Flaxman
        200 S. Michigan Ave.
        Suite 1240
        Chicago, IL 60604

      On August 15, 2008, at 9:15 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Milton Shadur or any Judge sitting in his stead in Room 2303 or the courtroom usually occupied by him in the U.S. District Courthouse, Northern District of Illinois, Eastern Division at Chicago, 219 S. Dearborn St., Chicago, Illinois, and shall then and there move the Court in accordance with the attached City of Chicago's Motion to Extend Time to Answer or Otherwise Plead.

                                                          Respectfully submitted,

                                                          __/s/ Myron Mackoff____
                                                          Attorney for City of Chicago

Myron Mackoff
Richardson & Mackoff, Ltd.
407 S. Dearborn St., Suite 1310
Chicago, IL 60605
Tel. (312) 922-5236
Atty. Bar No 6225518