UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Earl Sanders
                             Plaintiff,
v.                                         Case No.: 1:08−cv−03701
                                           Honorable Milton I. Shadur
City of Chicago, et al.
                             Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 14, 2008:

    MINUTE entry before the Honorable Milton I. Shadur:Motion for extension of time to answer [9] is granted. Defendants' responsive pleading is due 21 days after all defendants are served. Status hearing reset for 9/29/2008 at 09:00 AM. The August 15 status date is vacated.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.