

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

EARL SANDERS,

Plaintiff,

v.

THE CITY OF CHICAGO, et al.,

Defendants.

No. 08 CV 03701

Judge Shadur
Magistrate Judge Brown

DEC 16 2008
DEC 16, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

Kenneth Flaxman
Attorney for plaintiff,
Earl Sanders
200 S. Michigan Ave.
Suite 1240
Chicago, IL 60604
Attorney No. 0830399
Date: 11/20/2008

Richardson & Mackoff, Ltd.
Special Assistant Corporation Counsel
Attorneys for defendants,
Chicago Police Officers Chinchilla and Lagunas
407 S. Dearborn #1310
Chicago, IL 60605
312-922-5236
Attorney No. 44398
Date: 12/1/08

Respectfully submitted,
CITY OF CHICAGO a Municipal Corporation

MARA S. GEORGES
Corporation Counsel
Attorney for City of Chicago

BY: _____
Assistant Corporation Counsel
30 N. LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 744-7880
Attorney No. 6203689
Date: 12/10/08